IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CARLOS MONTANA WILLIAMSON                                                                 PLAINTIFF

v.                                             Civil No. 6:18-CV-06041

MARK A. WALTERS (Correctional Officer,
Arkansas Department of Correction)                                                        DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed May 14, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 75.) Judge Bryant recommends granting Defendant's Motion for Summary Judgment (ECF No. 69) and dismissing Plaintiff's complaint with prejudice.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, the Court adopts the Report and Recommendation *in toto*, and makes its order as follows:

Defendant's Motion for Summary Judgment (ECF No. 69) should be and hereby is GRANTED and Plaintiff's Complaint is DISMISSED WITH PREJUDICE

**IT IS SO ORDERED**, this 23rd day of June 2020.

/s/ Robert T. Dawson
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE